# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 48 WAL 2015

Respondent

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v.

THOMAS L. TERRY,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.